# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:18-cv-00089-FDW

| | |
|---|---|
| BERWYN ROBINSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RICKY SOLES, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Berwyn Robinson, who lists his current address as the Columbus County Detention Center, filed the instant pro se document in this Court on June 1, 2018. (Doc. No. 1.) To the extent it is intelligible, the document, titled "Complaint of Order," appears to be related to Robinson's July 2015 arrest in Chadbourn, North Carolina.[1] (Doc. No. 1 at 1.) Chadbourn is in Columbus County, within the territorial jurisdiction of the United States District Court of the Western District of North Carolina.

Pursuant to the provisions of 28 U.S.C. § 2241(d), and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina, (Standing Order No. 66-PLR-1), it is **ORDERED** that the entire record in this matter is hereby transferred to the United States District Court for the Eastern District of North Carolina for all further proceedings. The Clerk shall provide a copy of the order to Robinson, and,

---

[1] According to North Carolina Department of Public Safety Records, Robinson was convicted in Columbus County on November 2. 2016, of possession of a schedule II substance. The date of offense was July 15, 2015. See N.C. Dep't of Public Safety Offender Public Info., https://webapps.doc.state.nc.us/opi/offendersearch.do?method=view (last viewed June 14, 2018).

1

thereafter, shall close this case.

**SO ORDERED.**

Signed: June 14, 2018

Frank D. Whitney
Chief United States District Judge